COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Allstate Fire and Casualty Insurance Company

Appellate case number:   01-15-00003-CV

Trial court case number: 14-DCV-215228

Trial court:             434th District Court of Fort Bend County

On January 2, 2015, relator Allstate Fire and Casualty Insurance Company filed a petition for writ of mandamus challenging the trial court's October 23, 2014 order granting relator's motion to sever and abate certain extra-contractual claims, but allowing discovery on such claims. The Court requests a response to the petition for writ of mandamus from the real parties in interest. It is **ordered** that the response of any interested party shall be due no later than Thursday, February 5, 2015.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                   ☑ Acting individually    ☐ Acting for the Court

Date: January 6, 2015